

X FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 20, 2024

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY



**FRANK C. GILMORE, ESQ. - NSB #10052**
frank@gilmoregroupnv.com
The Gilmore Law Group PLLC
3715 Lakeside Drive
Reno, Nevada 89509
Telephone:  (775) 848-6387
Facsimile:  (775) 996-9898

**ERIC C. PALOMBO ESQ.** (*admitted pro hac vice*)
EPalombo@freightlaw.net
Cohen & Palombo
The Times Building
32 Parking Plaza, Suite 402
Ardmore, Pennsylvania 19003
Telephone: (215) 609-1110

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| EVANS DELIVERY COMPANY, INC., a Pennsylvania Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ITS LOGISTICS, LLC, a Delaware limited liability company; and ITS NATIONAL, LLC, a Delaware limited liability company; and DOES I-X, inclusive,<br><br>Defendants. | CASE NO. 3:23-cv-00533-ART-CSD<br><br>**ORDER EXTENDING DEADLINE FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1 and 7-1, Plaintiff Evans Delivery Company, Inc. ("Evans"), and Defendants ITS Logistics, LLC and ITS National, LLC (collectively "ITS"), hereby stipulate, agree, and respectfully request that the Court extend the deadline for Evans to respond to ITS's Motion to Dismiss by two weeks, from February 29, 2024, to March 14, 2024. ITS filed its Motion to Dismiss (ECF No. 17) on February 14, 2024.  However, lead counsel for Evans, Eric C. Palombo, is in the process of transitioning law firms with February 15, 2024, being

1

1  his last day at his current firm.  Counsel will be transitioning to his new firm over the next several
2  days and will not have access to his new office, contact information and files until February 26,
3  2024.  The extension of time will provide Evan's counsel with sufficient time to transition to his
4  new firm, coordinate with his client and prepare a response to the Motion to Dismiss.

5  Evan's does not seek this extension for purposes of delay and this is the first request by
6  Evans for an extension of time to respond to ITS's Motion to Dismiss. Accordingly, the parties
7  request that the Court grant an extension of time to respond to ITS's Motion to Dismiss to **March
8  14, 2024.**

Dated this 16th day of February, 2024

COHEN & PALOMBO
The Times Building
32 Parking Plaza, Suite 402
Ardmore, Pennsylvania
19003

And

THE GILMORE LAW GROUP, PLLC
3715 Lakeside Drive
Reno, Nevada 89509

 */s/ Frank C. Gilmore*
FRANK C. GILMORE
**ERIC C. PALOMBO ESQ.**
(*admitted pro hac vice*)

*Attorneys for Plaintiff*

Dated this 16th day of February, 2024

McDONALD CARANO LLP
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501


      */s/ Adam Hosmer-Henner*
ADAM HOSMER-HENNER, ESQ.
KATRINA WEIL, ESQ.

*Attorneys for Defendants*

**IT IS SO ORDERED**.

UNITED STATES MAGISTRATE JUDGE

DATED: February 20, 2024