|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| EVANS DELIVERY COMPANY, INC., a Pennsylvania Corporation, | Case No.: 3:23-cv-00533-ART-CSD |
|---|---|
| Plaintiff, | **ORDER GRANTING** |
| vs. | STIPULATIONEXTENDING DEADLINE FOR DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS |
| ITS LOGISTICS, LLC, a Delaware limited liability company; and ITS NATIONAL, LLC, a Delaware limited liability company; and DOES I-X, inclusive, | (FIRST REQUEST) |
| Defendants. |   |

Pursuant to Local Rules IA 6-1 and 7-1, Defendants ITS Logistics, LLC and ITS National, LLC (collectively "ITS") and Plaintiff Evans Delivery Company, Inc. ("Evans"), hereby stipulate, agree, and respectfully request that the Court extend the deadline for ITS to file its Reply in support of its Motion to Dismiss (ECF No. 17) from March 28, 2024 to April 4, 2024. Plaintiff recently filed its Opposition to the Motion to Dismiss (ECF No. 29) on March 21, 2024.

ITS does not seek this extension for purposes of delay and this is the first request by ITS for an extension of time to file a Reply in support of its Motion to Dismiss. Accordingly, the parties respectfully request that the Court grant a first, brief extension of time to file a Reply in support of its Motion to Dismiss until **April 4, 2024.**

///

///

///

| | | |
|---|---|---|
|1| DATED this 27th day of March, 2024. | DATED this 27th day of March, 2024.|

DATED this 27th day of March, 2024.

MCDONALD CARANO LLP

*/s/ Adam Hosmer-Henner*
Adam Hosmer-Henner, Esq. (NSBN 12779)
Katrina Weil, Esq. (NSBN 16152)
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
(775) 788-2000
ahosmerhenner@mcdonaldcarano.com
kweil@mcdonaldcarano.com

*Attorneys for Defendants*

DATED this 27th day of March, 2024.

FLASTER GREENBERG, P.C

*/s/      Eric C. Palombo*
Eric C. Palombo, Esq. (*pro hac vice*)
100 Front Street, Suite 100
Conshohocken, Pennsylvania 19428
(215) 320-3728
epalombo@flastergreenberg.com

*Attorney for Plaintiff*

**IT IS SO ORDERED**.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: March 28, 2024