UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EVANS DELIVERY COMPANY, INC., a Pennsylvania Corporation,<br><br>            Plaintiff,<br>    v.<br><br>ITS LOGISTICS, LLC, a Delaware limited liability company; and ITS NATIONAL, LLC, a Delaware limited liability company; and DOES I-X, inclusive,<br><br>            Defendants. | Case No. 3:23-cv-00533-ART-CSD<br><br>ORDER ON JOINT MOTION<br>TO STAY CASE<br>(ECF No. 46) |

Before the Court is the Parties' joint motion to stay case and refer to mediation. (ECF No. 46.) The Parties request a 60-day stay so that they may participate in mediation. The court GRANTS the Parties' motion.

It is therefore ordered that the Parties' joint motion to stay case (ECF No. 46) is GRANTED.

It is further ordered that this action is STAYED for 60 days from the date of this order so that the Parties may engage in mediation.

It is further ordered that all pending deadlines in this matter are vacated.

It is further ordered that upon the expiration of the sixty-day period, the Parties must submit a joint status report following mediation informing the Court whether the matter has settled. If it has not, the Parties must submit a proposed modified scheduling order allowing the Parties to complete remaining discovery.

Dated this 5th day of March 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE