UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EVANS DELIVERY COMPANY, INC., a Pennsylvania Corporation,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>ITS LOGISTICS, LLC, a Delaware limited liability company; and ITS NATIONAL, LLC, a Delaware limited liability company; and DOES I-X, inclusive,<br><br>　　　　　　　Defendants. | Case No. 3:23-cv-00533-ART-CSD<br><br>ORDER ON SECOND JOINT MOTION TO STAY CASE<br>(ECF No. 48) |

　　　　Before the Court is the Parties' status update and second joint motion to stay this case. (ECF No. 48.) The Court previously granted the Parties' first joint motion to stay the case for sixty days so that they could engage in mediation. (ECF No. 47.) The Parties second joint motion represents that they were unable to schedule a mediation session within that sixty-day period, and request that the stay remain in effect for an additional sixty days so that they can engage in scheduled mediation on June 18, 2025. The court GRANTS the Parties' motion.

　　　　It is therefore ordered that the Parties' second joint motion to stay case (ECF No. 48) is GRANTED.

　　　　It is further ordered that this action will remain stayed for sixty days from the date of this order so that the Parties may engage in mediation.

　　　　It is further ordered that all pending deadlines in this matter remain vacated.

　　　　It is further ordered that upon the expiration of the sixty-day period, the Parties must submit a joint status report following mediation informing the Court whether the matter has settled. If it has not, the Parties must submit a proposed

modified scheduling order allowing the Parties to complete remaining discovery.

Dated this 6th day of May 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE