# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EVANS DELIVERY COMPANY, INC., a Pennsylvania Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ITS LOGISTICS, LLC, a Delaware limited liability company; and ITS NATIONAL, LLC, a Delaware limited liability company; and DOES I-X, inclusive,<br><br>Defendants. | Case No. 3:23-cv-00533-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and LR 1A 6-2, Plaintiff Evans Delivery Company, Inc. ("Evans" or "Plaintiff") and Defendants ITS Logistics, LLC and ITS National, LLC (collectively "ITS" or "Defendants"), by and through their attorneys of record, hereby jointly stipulate to dismiss the above-captioned action with prejudice in its entirety.

///
///
///
///
///
///

1    Each party shall bear its own attorney fees and costs incurred in this action.

DATED this 18th day of November, 2025.    DATED this 18th day of November, 2025.

MCDONALD CARANO LLP    FLASTER GREENBERG, P.C

*/s/ Adam Hosmer-Henner*    */s/ Eric C. Palombo*
Adam Hosmer-Henner, Esq. (NSBN 12779)    Eric C. Palombo, Esq. (*pro hac vice*)
Katrina Weil, Esq. (NSBN 16152)    100 Front Street, Suite 100
100 West Liberty Street, Tenth Floor    Conshohocken, Pennsylvania 19428
Reno, Nevada 89501    (215) 320-3728
(775) 788-2000    epalombo@flastergreenberg.com
ahosmerhenner@mcdonaldcarano.com
kweil@mcdonaldcarano.com
    *Attorney for Plaintiff*

*Attorneys for Defendants*

**IT IS SO ORDERED**.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: November 19, 2025

2